IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rodriguez, Marita G | Case Number: 07 B 16147 |
| | Judge: Squires, John H |
| Printed: 10/22/08 | Filed: 9/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2008
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 30,063.11 | |
| Secured: | | 26,114.73 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,053.13 |
| Trustee Fee: | | 1,895.25 |
| Other Funds: | | 0.00 |
| Totals: | 30,063.11 | 30,063.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 53.13 | 53.13 |
| 2. | Ledford & Wu | Administrative | 2,000.00 | 2,000.00 |
| 3. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 4. | Harley Davidson Credit | Secured | 14,143.77 | 6,316.45 |
| 5. | GMAC Auto Financing | Secured | 21,415.62 | 9,799.89 |
| 6. | DaimlerChrysler Financial | Secured | 22,240.82 | 9,998.39 |
| 7. | Target National Bank | Unsecured | 119.69 | 0.00 |
| 8. | Target National Bank | Unsecured | 123.72 | 0.00 |
| 9. | GMAC Auto Financing | Unsecured | 2,180.66 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 79.15 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 194.02 | 0.00 |
| 12. | Harley Davidson Credit | Unsecured | 0.00 | 0.00 |
| 13. | Northwest Community Hospital | Unsecured | 4,773.51 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 931.26 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 508.83 | 0.00 |
| 16. | DaimlerChrysler Financial | Unsecured | 1,694.62 | 0.00 |
| 17. | Cook County Treasurer | Secured | | No Claim Filed |
| 18. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 19. | Access Community Health Network | Unsecured | | No Claim Filed |
| 20. | Brylane Home | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 23. | CitiFinancial | Unsecured | | No Claim Filed |
| 24. | Gasteroenterology | Unsecured | | No Claim Filed |
| 25. | Lane Bryant | Unsecured | | No Claim Filed |
| 26. | Northwest Radiology Assoc S | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rodriguez, Marita G

Printed: 10/22/08

Case Number:  07 B 16147
Judge:  Squires, John H
Filed:  9/5/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | TSYS Total Debt Management | Unsecured | | No Claim Filed |
| 28. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 29. | Northwest Radiology Assoc S | Unsecured | | No Claim Filed |
| 30. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 31. | Time Life Books | Unsecured | | No Claim Filed |
| 32. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| | | | $ 70,458.80 | $ 28,167.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 288.89 |
| 6.5% | 1,606.36 |
| | $ 1,895.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

